DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW V. HAWKS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2729

[January 16, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312014CF000378A.

Carri S. Leininger of Williams, Leininger & Cosby, P.A., North Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard Valuntas and Joseph D. Coronato, Jr., Assistant Attorneys General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***